IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10–05–BU–DWM |
| Plaintiff, | |
| v. | ORDER |
| IAN ARTHUR PHILLIPS, | |
| Defendant. | |

Defendant Ian Arthur Phillips' Motion for Early Termination of Supervised Release is now before the Court. (Doc. 42.) Despite indicating its objection, (*see id.* at 2), the government did not file a brief in opposition. Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 42) is GRANTED. As of the date of this Order, Defendant's supervision is terminated;

1

however, Defendant remains subject to sex offender registration obligations as required by state and federal law.

DATED this 20th day of December, 2022.

_____
Donald W. Molloy, District Judge
United States District Court